Ella Kolb, appellant, v. Gertrude Kolb, nee Gertrude Gabriel, appellee. Gen. No. 39,050.

**624**

Opinion filed November 30, 1936.

John O. Wagner, for appellant. Turner & Turner, for appellee; Maurice Turner, of counsel.

Mr. Justice McSurely delivered the opinion of the court.